**Exhibit "B"**



Page 1
Facebook
https://www.facebook.com/photo?fbid=810701997760920&set=pcb.810702044427582



