**Exhibit "B"**

Page 1
Facebook
https://www.facebook.com/WineingButcherAshburn/



Page 1
Facebook
https://www.facebook.com/photo?fbid=810701997760920&set=pcb.810702044427582



Page 1
The Wine'ing Butcher - Ashburn VA | Facebook
https://www.facebook.com/WineingButcherAshburn/photos_by

Search Facebook

The Wine'ing Butcher - Ashburn VA

